### REID *et al. v.* HEMPHILL, executrix.

WYATT, Justice. 1. This case is controlled by the rulings made in *Brantley Products Co.* v. *Hemphill, ante.*

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17074. MAY 8, 1950.

*John L. Westmoreland, John L. Westmoreland Jr.,* and *J. Ralph McClelland Jr.,* for plaintiffs in error.

*David Gershon,* contra.